UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of September, two thousand twenty-three,

Mahilima Baa,

  Plaintiff - Appellant,

v.

Eric Gonzalez, Esq., Ismael Zayas, Joseph Gavino, Kenneth Shields, Carl Roadarmel, Joseph Bello, Matthew Milbourne, City of New York Administration for Children Services,

  Defendants - Appellees.

**ORDER**
Docket Number: 23-1272

A notice of appeal was filed on September 12, 2023. Appellant's Form D-P was due September 26, 2023. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective October 19, 2023 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court