UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT |||
|---|---|---|
| **CASE TITLE** Mahilima Baa v. Eric Gonzalez, Esq., Et Al,.. | **DISTRICT** Easter District of New York | **DOCKET NUMBER** 22-CV-2602 |
| | **JUDGE** Rachel P. Kovner | **APPELLANT** Mahilima Baa |
| | **COURT REPORTER** | **PRO SE APPELLANT** Mahilima Baa |

Check the applicable provision:
[X] I am ordering a transcript.
[ ] I am not ordering a transcript.

Reason for not ordering a transcript:
[ ] Copy is already available
[X] No transcribed proceedings
[ ] Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (i.e., oral argument, order from the bench, etc.)

METHOD OF PAYMENT    [ ] Funds    [ ] CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:
[ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
[ ] PREPARE TRANSCRIPT OF TRIAL
[ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
[ ] OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE 10/13/2023 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017