UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand twenty-three,

_____

Mahilima Baa,

    Plaintiff - Appellant,

v.

Eric Gonzalez, Esq., Ismael Zayas, Joseph Gavino, Kenneth Shields, Carl Roadarmel, Joseph Bello, Matthew Milbourne, City of New York Administration for Children Services,

    Defendants - Appellees.

_____

**ORDER**
Docket Number: 23-1272

A notice of appeal was filed on September 12, 2023. The Appellant's Acknowledgment and Notice of Appearance Form due October 02, 2023 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective December 12, 2023 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

