## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: _BAA v. Gonzalez_ Docket No.: _23-1272_

Lead Counsel of Record (name/ firm) of Pro se Party (name): _MAHILIMA BAA_

Appearance for (party/ designation): _Pro se_

## DOCKET SHEET ACKNOWLEDGMENT/ AMENDMENTS

Caption as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

Appellate Designation is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect. Please change the following parties' designations:
    Party                    Correct Designation

Contact Information for Lead Counsel/ Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
         OR
Signature of pro se litigant: _[signed]_
Type or Print Name: _MAHILIMA BAA_  _12/4/2023_
(✓) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Baa

v.

Gonzalez

**CERTIFICATE OF SERVICE***

Docket Number: 23-1272

I, __Mabilima Baa__, hereby certify under penalty of perjury that
(print name)
on __12/4/2023__, I served a copy of __Form D-P__
(date)
__Acknowledgment and Notice of Appearance__
(list all documents)

by (select all applicable)**

___ Personal Delivery    ✓ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Jamison Davies | 100 Church St. Room 6-178 | NY | New York | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__12/04/2023__          _____
Today's Date                                Signature

Certificate of Service Form (Last Revised 12/2015)