UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT ||| 
|---|---|---|
| CASE TITLE<br><br>BAA<br>v.<br>Gonzalez | DISTRICT 0207-1<br><br>JUDGE Rachel P. Kovner<br><br>COURT REPORTER NONE | DOCKET NUMBER 22-cv2602 / 23-1272<br><br>APPELLANT MAHILIMA BAA<br><br>PRO SE APPELLANT MAHILIMA BAA |

Check the applicable provision:
- [ ] I am ordering a transcript.
- [x] I am not ordering a transcript

Reason for not ordering a transcript:
- [ ] Copy is already available
- [x] No transcribed proceedings
- [ ] Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (i.e., oral argument, order from the bench, etc.)

METHOD OF PAYMENT  ☐ Funds  ☐ CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

APPELLANT'S SIGNATURE: /s/
DATE: 12-04/2023

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

BAA

v.

Gonzalez

**CERTIFICATE OF SERVICE***

Docket Number: 23-1272

I, __Mahilima Baa__, hereby certify under penalty of perjury that
on __12/4/2023__, I served a copy of __Form D-P__
  (date)
__Acknowledgment and Notice of Appearance__
  (list all documents)

by (select all applicable)**

___ Personal Delivery    ✓ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Jamison Davies | 100 Church St. Room 6-17B | NY | New York | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__12/04/2023__
Today's Date                          Signature

Certificate of Service Form (Last Revised 12/2015)