# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## PRO SE SCHEDULING NOTIFICATION (NON - AGENCY CASE)

| THIS SECTION MUST BE COMPLETED BY APPELLANT |||
|---|---|---|
| CASE TITLE:<br>mahilima baa<br>-against-<br>Eric gonzalez, et al.., | USCA DOCKET NUMBER:<br>0:2023cv01272 | APPELLANT:<br>Mahilima baa |
| | DISTRICT:<br>Eastern | APPELLANT'S ADDRESS:<br>c/o 361 kosciusko st.<br>Bklyn, NY 11221 |
| | DISTRICT/AGENCY NUMBER:<br>22-cv2602 | APPELLANT'S PHONE NUMBER: 9299496089 |

Pursuant to Local Rule 31.2(a)(1)(A), I request that my brief and appendix be accepted for filing no later than ___03/25/2024___. This date is within 91 days of the later
(MM/DD/YYYY)
of (1) the receipt of the last transcript in my case or (2) when no transcript is ordered, the required filing date of my Form D-P with the Court.

I understand that if I fail to return this signed scheduling proposal as stated above, the Court will issue an order setting a 40-day deadline to file my brief. If I fail to file my brief, the case may be dismissed.

I also understand that in the absence of extraordinary circumstances, such as a personal illness or family death, the Court will not grant a motion to extend the time to file a brief. Local Rule 27.1.(f)(1).

_____
Signature of Appellant/Petitioner

January 17, 2024
Date

mahilima baa
Print Name

Rev. May, 2011

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Mahilima baa

**CERTIFICATE OF SERVICE***

v.

Docket Number: __0:2023cv01272__

Eric Gonzalez, et al..,

I, __mahilima baa__ , hereby certify under penalty of perjury that
(print name)

on __January 17, 2024__, I served a copy of ~~notice of appeal~~ _mB_
(date)

_pro se scheduling Notification_
(list all documents)

by (select all applicable)**

___ Personal Delivery     __X__ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Nicolette Pellegrino | 100 Church Street | New York | N.Y. | 10007 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__January 17th 2024__         _[signature]_
Today's Date                    Signature

Certificate of Service Form (Last Revised 12/2015)