# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of January, two thousand twenty-four.

Mahilima Baa,

        Plaintiff - Appellant,

v.

Eric Gonzalez, Esq., Ismael Zayas, Joseph Gavino, Kenneth Shields, Carl Roadarmel, Joseph Bello, Matthew Milbourne, City of New York Administration for Children Services,

        Defendants - Appellees.

**ORDER**

Docket No. 23-1272

    Appellant, pro se, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 25, 2024, as the brief/appendix filing date. The date selected exceeds the time allowed by the Rule.

    IT IS HEREBY ORDERED that Appellant's brief must be filed on or before March 6, 2024.

                                           For the Court:
                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court