UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand twenty-four,

_____

| | |
|---|---|
| Mahilima Baa, | **ORDER** |
| | Docket No. 23-1272 |
| Plaintiff - Appellant, | |
| v. | |
| Eric Gonzalez, Esq., Ismael Zayas, Joseph Gavino, Kenneth Shields, Carl Roadarmel, Joseph Bello, Matthew Milbourne, City of New York Administration for Children Services, | |
| Defendants - Appellees. | |

_____

Appellant's Mahilima Baa submission of a Brief does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Brief is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court