# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of September, two thousand twenty-four.

---

Mahilima Baa,

    Plaintiff - Appellant,

v.

Eric Gonzalez, Esq., Ismael Zayas, Joseph Gavino, Kenneth Shields, Carl Roadarmel, Joseph Bello, Matthew Milbourne, City of New York Administration for Children Services,

    Defendants - Appellees.

**ORDER**

Docket No. 23-1272

---

On March 6, 2024, Appellant filed a brief that was deemed defective because it did not include an appendix. On September 19, 2024, the Court struck the defective brief from the docket. Upon consideration thereof,

IT IS HEREBY ORDERED that the appeal is dismissed effective October 11, 2024 unless Appellant files a brief and appendix by that date.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court