**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: December 19, 2024
Docket #: 23-1272cv
Short Title: Baa v. Gonzalez

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 22-cv-2602
DC Court: EDNY (BROOKLYN)
DC Judge: Bulsara
DC Judge: Kovner

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8565.